

# Fourth Court of Appeals
## San Antonio, Texas

December 29, 2016

No. 04-16-00712-CV

Luis **BATRES** and Nelda Ojeda-Batres, individually and as parents and next friend of
Brandon Batres, Deceased,
Appellants

v.

**ALAMO CITY HARLEY DAVIDSON, INC.**, aka Cowboy Motorsports of San Antonio, LLC
d/b/a Alamo City Harley Davidson/Buel,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-15792
Honorable Renée Yanta, Judge Presiding

# O R D E R

In response to our show cause order issued December 22, 2016, appellants filed a response indicating that the fee for preparing the clerk's record has been paid. Accordingly, the trial court clerk is ORDERED to file the clerk's record **no later than 10 days** from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of December, 2016.

_____
Keith E. Hottle
Clerk of Court